THE MORE GAGE CORPORATION v. FLODA CONSTRUCTION Co., INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK v. SPENCER, WHITE AND PRENTIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

TOMMASO GUERRA, as Administrator, etc., of ANTONIO GUERRA, Deceased, v. LUSTBADER CONSTRUCTION Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARMAND SCHMOLL, INC., v. COMMONWEALTH & DOMINION LINE, LTD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHRISTINA TAUER v. GEORGE J. BROWN and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for further relief denied, with ten dollars costs.— Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARY ANAGNOST v. HARRISON GRIFFIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SCHLOSS BROS. & CO., INCORPORATED, v. RICHARD WALTER BENNETT and Another, Individually, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HILDEGARDE MOSER and GERTRUDE BARUCH v. CHARLES O. CORN and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BRA IMPORTING CORPORATION v. HENRY A. LIBAIRE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. LOUIS ROSENFELD, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE HOWLAND-HUGHES COMPANY v. PHILIP M. BERKMAN.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of CAROLINE W. FRAME, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, v. THE NATIONAL DRY DOCK & REPAIR Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID A. BROWN v. WALTER E. BEDELL and MYER DAVIDOW and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied,